HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROBERT ANGEL ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00099 LJO-SKO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| vs. | |
| ROBERT ANGEL ARIAS, | DATE: July 21, 2014 |
| | TIME:   1:00 P.M. |
| *Defendant.* | JUDGE: Honorable Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Robert Angel Arias, that the status conference scheduled for June 16, 2014 at 1:00 p.m., before Honorable Sheila K. Oberto **may be continued to July 21, 2014 at 1:00 p.m.**

The reason for this continuance is for continuity of counsel and to accommodate counsels' schedules. The requested continuance will conserve time and resources for both parties and the court.

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  June 5, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Kimberly Sanchez*
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Dated:  June 5, 2014

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Ann H. McGlenon*
                                        ANN H. MCGLENON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERT ANGEL ARIAS

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

   Dated:   **June 5, 2014**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE