BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00099 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| ROBERT ARIAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that a status conference scheduled for November 3, 2014 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be continued to November 17, 2014.  The reason for the request is because the defendant is exploring the potential of retaining private counsel, and the parties will need additional time to engage in plea negotiations.

///

///

///

///

///

Stipulation                                                                          1

1  The parties further request the Court to enter an Order finding that the "ends of justice" served by a
2  continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
3  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
4  3161(h)(7)(A).

Dated: October 24 2014                                         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: October, 2014                                /s/ Ann McGlenon
ANN McGLENON
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **October 27, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

Stipulation                                         2