HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
ROBERT ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ARIAS,<br><br>Defendant. | Case No.  1:14-cr-00099 LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCE HEARING;  ORDER<br><br>DATE:        April 27, 2015<br>TIME:        8:30 a.m.<br>JUDGE:      Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Kimberly A. Sanchez, Counsel for Plaintiff, and

Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant Robert Arias, that the

sentence hearing scheduled for March 30, 2015 at 8:30 a.m., before Honorable Lawrence J.

O'Neill may be continued to April 27, 2015 at 8:30 a.m.

The reason for this continuance is that counsel has been in trial for two weeks and

has not filed any written memo.  This will permit such filing and if necessary allow time for

review of Prop 47 possibilities.  Mr. Arias filed a request and is awaiting state response which

could potentially affect Mr. Arias' criminal history for this case.

The government has no objection to the requested continuance.  As this is a sentencing

hearing, no exclusion of time is necessary under the Speedy Trial Act.

///

BENJAMIN B. WAGNER
United States Attorney


Dated:  March 24, 2015          /s/ Kimberly A. Sanchez
                               KIMBERLY A. SANCHEZ
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Dated:  March 24, 2015          /s/ Ann H. McGlenon
                               ANN H. MCGLENON
                               Assistant Federal Defender
                               Attorney for Defendant
                               ROBERT ARIAS


O R D E R

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).


IT IS SO ORDERED.

   Dated:  **March 24, 2015**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

Arias – Stipulation to Continue Sentence      -2-
Hearing