HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT ANGEL ARIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00099-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| ROBERT ANGEL ARIAS, | Date: June 14, 2018<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Robert Angel Arias, that the status conference currently scheduled for May 31, 2018, at 2:00 p.m. may be continued to June 14, 2018, at 2:00 p.m.

The parties are currently working on resolving this matter. The proposed resolution will likely involve placement in a drug treatment program. The parties are currently exploring program options suitable for Mr. Arias. The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 30, 2018          */s/ Kimberly A. Sanchez*
                            KIMBERLY A. SANCHEZ
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: May 30, 2018          */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            ROBERT ANGEL ARIAS


**O R D E R**

**IT IS SO ORDERED that** the 3rd Status Conference currently scheduled for May 31, 2018, at 2:00 p.m. is hereby continued to June 14, 2018, at 2:00 p.m. before Judge Grosjean.

IT IS SO ORDERED.

Dated: __**May 30, 2018**__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE