IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00099-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| ROBERT ANGEL ARIAS | |
| Defendant. | |

The above named defendant has been accepted to the Fresno Rescue Mission Men's Academy program for a period of up to 18 months.

IT IS HEREBY ORDERED that the defendant shall be released to the Federal Defender Investigator, Kevin Mitchell, on Tuesday, July 10, 2018 at 9:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **July 9, 2018**                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE