1   McGREGOR W. SCOTT
    United States Attorney
2   JUSTIN J. GILIO
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
5
    Attorneys for Plaintiff
6   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CASE NO.  1:14-CR-00099-DAD

11                          Plaintiff,     ORDER SEALING DOCUMENTS AS SET FORTH
                                           IN GOVERNMENT'S NOTICE
12              v.

13  ROBERT ANGEL ARIAS,

14                          Defendant.

15

16

17

18          Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

19  Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibits 1 & 2 to Government's

20  Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Robert Arias, and

21  the Government's Request to Seal shall be SEALED until further order of this Court.

22          It is further ordered that electronic access to the sealed documents shall be limited to the United

23  States and counsel for the defendant.

24          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court

25  for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

26  the Government's Request, sealing the Governments's Request and Exhibits 1 & 2 serves a compelling

27  interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the

28

government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds

that there are no additional alternatives to sealing the Government's Request and Exhibits 1 & 2 that

would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   __**July 17, 2020**__                    _____

UNITED STATES DISTRICT JUDGE